UNITED STATES of America,
Plaintiff–Appellee

v.

Artemio GONZALEZ–GONZALEZ,
Defendant–Appellant.

No. 08–40208
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2008.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, WIENER, and PRADO, Circuit Judges.

PER CURIAM: *

Artemio Gonzalez–Gonzalez appeals the sentence imposed following his conviction on his guilty plea to a charge of being an alien unlawfully present in the United States after deportation. He argues that the district court reversibly erred by imposing a 16–level increase to his base offense level based upon its determination that his prior Texas conviction for attempted burglary of a habitation constituted a crime of violence.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Gonzalez–Gonzalez concedes that his arguments are foreclosed and raises them to preserve them for further review. *See United States v. Cardenas–Cardenas,* 543 F.3d 731, 731–32 (5th Cir.2008); *United States v. Garcia–Mendez,* 420 F.3d 454, 456–57 (5th Cir.2005). Accordingly, the district court's judgment is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.